**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ROBERT LEE SMITH**   **PLAINTIFF**

**VS.**   **CIVIL ACTION NO.: 3:19cv-19-NBB-JMV**

**CITY OF HOLLY SPRINGS, MISSISSIPPI, AND JUSTIN HOLPE, IN HIS INDIVIDUAL CAPACITY**   **DEFENDANTS**

## ORDER GRANTING UNOPPOSED MOTION FOR DEADLINE

Before the Court is an unopposed motion to set a deadline of May 23, 2019 by which Defendants the City of Holly Springs, Mississippi and Justin Holpe must respond to Plaintiff Robert Lee Smith's complaint. The Court has considered the motion and finds that it should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendants are granted until May 23, 2019 to respond to the complaint.

**SO ORDERED**, this the 23rd day of April, 2019.

                                                    Jane M. Virden
                                                UNITED STATES MAGISTRATE JUDGE